Núm. 7674.—OLIVERA, ETC., aplda. v. SUCN. GONZÁLEZ, aplte.—C. D. Mayagüez. ▆▆▆▆ Mayo 23, 1938.

(Por la Corte, a propuesta del Juez Asociado Sr. Travieso.)

Vista la moción de desestimación presentada por la demandante apelada, y la certificación expedida por la secretaria de la Corte de Distrito de Mayagüez, haciendo constar que en 31 de marzo de 1938 venció la última prórroga concedida a la parte demandada para radicar la transcripción de la evidencia, sin que esto se hiciera ni se solicitara nueva prórroga, se accede a la solicitud y se desestima el recurso.